**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **WENDDY FRANCINNY RODRIGUEZ BENT,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-1190-KC** |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** | § § § | |
| **Respondent.** | § § | |

**ORDER**

On this day, the Court considered Wenddy Francinny Rodriguez Bent's Petition for Writ of Habeas Corpus, ECF No. 1.  The Court ordered Respondents to show cause why Rodriguez Bent's petition should not be granted.  Apr. 29, 2026, Order, ECF No. 2.  Respondents then filed a Response, ECF No. 6.

Although Respondents do not raise the issue, it has now come to the Court's attention that Rodriguez Bent filed a previous petition in case 3:26-cv-958-LS raising the same issues. That petition was denied.  *See* Order, *Rodriguez Bent v. Lyons*, No. 3:26-cv-958-LS (W.D. Tex. May 5, 2026), ECF No. 6.  Because the first order addressed both the statutory argument and the constitutional argument, the previous petition was denied on the merits.  *See Beras v. Johnson*, 978 F.3d 246, 251–52 (5th Cir. 2020) ("[I]t is an abuse of the writ for a prisoner to raise the same claim a second time.").  Therefore, her current petition is dismissed.

Accordingly, the Court **ORDERS** that Rodriguez Bent's Petition, ECF No. 1, is **DISMISSED** without prejudice to refiling if any new claims accrue.

**The Clerk shall close the case.**

**SO ORDERED**.

SIGNED this 7th day of May, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE